1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:06-CR-0264 WBS
                                    )
14            Plaintiff,            ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
15       v.                         ) **AND EXCLUDING TIME**
                                    )
16 ADRIAN REYNOSO,                  )
                                    ) Date:  March 5, 2012
17            Defendant.            ) Time:  8:30 a.m.
                                    ) Judge: Hon. William B. Shubb
18 _____  )

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the status conference scheduled for March 5, 2012, may be
23 continued to April 30, 2012, at 9:30 a.m.
24     The parties continue to discuss resolutions but have yet to meet or
25 to present their latest proposed resolutions to the drug-unit supervisor
26 at the U.S. Attorney's Office. In order to afford time to complete this
27 review and negotiations, the parties agree that time under the Speedy
28 Trial Act should be excluded through April 30, 2012, pursuant to 18

U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 29, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ADRIAN REYNOSO

BENJAMIN B. WAGNER
United States Attorney

Dated: February 29, 2012 /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 30, 2012, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 1, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order -2-