1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. 2:06-CR-0264 WBS
                                )
14            Plaintiff,        )  **STIPULATION AND ORDER**
                                )  **CONTINUING STATUS CONFERENCE**
15      v.                      )  **AND EXCLUDING TIME**
                                )
16 ADRIAN REYNOSO,              )
                                )  Date: August 20, 2012
17            Defendant.        )  Time: 9:30 a.m.
                                )  Judge: Hon. William B. Shubb
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the status conference scheduled for August 20, 2012, may
23 be continued to October 15, 2012, at 9:30 a.m.
24      Defense counsel proposed a resolution of the case; that proposal
25 remains under review by counsel for the United States.  Defense counsel
26 is also awaiting current information about the availability of an
27 essential witness.  In order to afford time to complete this review and
28 negotiations, the parties agree that time under the Speedy Trial Act

should be excluded through October 15, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 16, 2012      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ADRIAN REYNOSO


BENJAMIN B. WAGNER
United States Attorney

Dated: August 16, 2012      /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 15, 2012, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                -2-