1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    TIMOTHY ZINDEL, Bar #158377
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California 95814
4    Telephone: (916) 498-5700

5

6    Attorney for Defendant
     ADRIAN REYNOSO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,        )   No. 2:06-CR-0264 WBS
                                      )
14                   Plaintiff,       )   **STIPULATION AND ORDER**
                                      )   **CONTINUING STATUS CONFERENCE**
15        v.                          )   **AND EXCLUDING TIME**
                                      )
16   ADRIAN REYNOSO,                  )
                                      )   Date:  October 15, 2012
17                   Defendant.       )   Time:  9:30 a.m.
                                      )   Judge: Hon. William B. Shubb
18   _____)

19

20        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21   of America, and defendant, Adrian Reynoso, through their respective

22   attorneys, that the status conference scheduled for October 15, 2012, may

23   be continued to November 5, 2012, at 9:30 a.m.

24        Defense counsel proposed a resolution of the case; that proposal

25   remains under review by counsel for the United States.  Defense counsel

26   is also awaiting current information about the availability of an

27   essential witness.  In order to afford time to complete this review and

28   negotiations, the parties agree that time under the Speedy Trial Act

should be excluded through November 5, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 11, 2012          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ADRIAN REYNOSO


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: October 11, 2012          /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney


## O R D E R

The status conference is continued to November 5, 2012, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE