1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO

7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. 2:06-CR-0264 WBS
                                   )
14              Plaintiff,         )
                                   )  **STIPULATION AND ORDER AMENDING**
15      v.                         )  **CONDITIONS OF RELEASE**
                                   )
16 ADRIAN REYNOSO,                 )
                                   )
17              Defendant.         )  Judge: Hon. Edmund F. Brennan
                                   )
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Adrian Reynoso, through their respective

22 attorneys, that the conditions of release ordered by the magistrate judge

23 on June 20, 2006, may be amended to eliminate the conditions (1) that Mr.

24 Reynoso participate in mental health counseling at the direction of

25 Pretrial Services and (2) that he remain in the third-party custody of

26 his mother.

27      Pretrial Services today contacted counsel for the parties to advise

28 that Mr. Reynoso's counselor has suggested that counseling may be

terminated because Mr. Reynoso is working full-time and stable. Mr. Reynoso has asked to move in with his girlfriend who lives about two miles away from Mr. Reynoso's mother, who has served as his third-party custodian since he was released in 2006. Pretrial confirms that Mr. Reynoso has had no violations or positive drug tests since he was released, so join in this request.

DANIEL J. BRODERICK
Federal Defender

Dated: October 15, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ADRIAN REYNOSO

BENJAMIN WAGNER
United States Attorney

Dated: October 15, 2012  /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The conditions of pretrial requiring mental health counseling and third-party custody are hereby stricken. All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: October 16, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE