1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:06-CR-0264 WBS
                                   )
14              Plaintiff,         )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
15      v.                         )  **AND EXCLUDING TIME**
                                   )
16  ADRIAN REYNOSO,                )
                                   )  Date: November 5, 2012
17              Defendant.         )  Time:  9:30 a.m.
                                   )  Judge: Hon. William B. Shubb
18  _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Adrian Reynoso, through their respective

22  attorneys, that the status conference scheduled for November 5, 2012, may

23  be continued to January 22, 2013, at 9:30 a.m.

24      Defense counsel proposed a resolution of the case; that proposal

25  remains under review by counsel for the United States.  Defense counsel

26  is also awaiting current information about the availability of an

27  essential witness.  In order to afford time to complete this review and

28  negotiations, the parties agree that time under the Speedy Trial Act

1  should be excluded through January 22, 2013, pursuant to 18 U.S.C. §
2  3161(h)(7)(A) and that the ends of justice served by taking such action
3  outweigh the best interest of the public and the defendant in a speedy
4  trial.

5                                      Respectfully submitted,

6                                      DANIEL J. BRODERICK
                                       Federal Defender
7

8  Dated:  November 2, 2012            /s/ T. Zindel
                                       TIMOTHY ZINDEL
9                                      Assistant Federal Defender
                                       Attorney for ADRIAN REYNOSO
10

11                                     BENJAMIN B. WAGNER
                                       United States Attorney
12

13 Dated:  November 2, 2012            /s/ T. Zindel for J. Hitt
                                       JASON HITT
14                                     Assistant U.S. Attorney

15

16                              **O R D E R**

17

18      The status conference is continued to January 22, 2013, at 9:30 a.m.
19 The Court finds that time under the Speedy Trial Act shall be excluded
20 through that date in order to afford counsel reasonable time to prepare.
21 Based on the parties' representations, the Court finds that the ends of
22 justice served by granting a continuance outweigh the best interests of
23 the public and the defendant in a speedy trial.

24      IT IS SO ORDERED.
25 Dated: November 2, 2012

26
27      WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE
28