1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     ) No. 2:06-CR-0264 WBS
                                 )
14         Plaintiff,             ) **STIPULATION AND ORDER**
                                 ) **CONTINUING STATUS CONFERENCE**
15    v.                          ) **AND EXCLUDING TIME**
                                 )
16 ADRIAN REYNOSO,               )
                                 ) Date:  February 25, 2013
17         Defendant.             ) Time:  9:30 a.m.
                                 ) Judge: Hon. William B. Shubb
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the status conference scheduled for February 25, 2013,
23 may be continued to April 8, 2013, at 9:30 a.m.

24     Defense counsel again proposed a resolution of the case, which
25 counsel for the United States has agreed to consider and may present to
26 his supervisor. The parties are still also unsure about the availability
27 of an essential witness. In order to afford time to complete their
28 review and negotiations, the parties agree that time under the Speedy

Trial Act should be excluded through April 8, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: February 19, 2013         /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ADRIAN REYNOSO


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: February 19, 2013         /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 8, 2013, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE