JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0264 WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| ADRIAN REYNOSO, | Date: April 8, 2013 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for April 8, 2013, may be continued to May 13, 2013, at 9:30 a.m.

Defense counsel has proposed a resolution of the case, which counsel for the United States has agreed to present to his supervisor. The parties are still also unsure about the availability of an essential witness. In order to afford time to complete their review and negotiations, the parties agree that time under the Speedy Trial Act

should be excluded through May 13, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: April 4, 2013          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for ADRIAN REYNOSO


BENJAMIN B. WAGNER
United States Attorney

Dated: April 4, 2013          /s/ T. Zindel for J. Hitt
                              JASON HITT
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 13, 2013, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 5, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE