1  HEATHER E. WILLIAMS, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0264 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXONERATING BOND AND DIRECTING RECONVEYANCE** |
| ADRIAN REYNOSO, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, that the $200,000 property bond posted to secure Mr. Reynoso's pretrial release may be ordered exonerated and that the Clerk of the Court shall reconvey the real property securing the bond to the surety.

On June 20, 2006, the Court ordered Mr. Reynoso released on a $200,000 property bond. The bond was posted on June 26, 2006 (docket item 9) and remains in place. The District Court dismissed the underlying indictment on May 9, 2013, upon motion of the United States.

The case having been dismissed, the parties agree that the bond should be exonerated and the property securing it reconveyed to the surety.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated: May 13, 2013                    /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for ADRIAN REYNOSO

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: May 13, 2013                    /s/ T. Zindel for J. Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

**O R D E R**

The property bond posted to secure Mr. Reynoso's release is hereby exonerated. The Clerk shall reconvey the property forthwith.

IT IS SO ORDERED.

Dated: May 13, 2013

                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE